ACCEPTED
03-14-00667-CV
4222958
THIRD COURT OF APPEALS
AUSTIN, TEXAS
2/20/2015 9:05:11 AM
JEFFREY D. KYLE
CLERK



THOMAS H. EDWARDS
ASSISTANT ATTORNEY GENERAL
DIRECT DIAL: (512) 475-4003
Thomas.Edwards@texasattorneygeneral.gov

FILED IN
3rd COURT OF APPEALS
AUSTIN, TEXAS

2/20/2015 9:05:11 AM

JEFFREY D. KYLE
Clerk

February 20, 2015

Jeffrey D. Kyle, Clerk
Court of Appeals
Third District of Texas
P.O. Box 12547
Austin, Texas 78711-2547

      Re:   Case No. 03-14-00667-CV
           *Texas Commission on Environmental Quality v. Exxon Mobil*
           *Corporation, et al.*, in the Third Court of Appeals, Austin, Texas

Dear Mr. Kyle:

     I am in receipt of your letter setting the above case for oral argument on March 11, 2015, at 1:30 pm. Please be advised that I intend to argue this case before the Court on behalf of Appellant, Texas Commission on Environmental Quality.

                       Sincerely,

                       /s/ *Thomas H. Edwards*
                       THOMAS H. EDWARDS
                       Assistant Attorney General
                       Tex. State Bar No. 06461800

                       Office of the Attorney General

Jeffrey D. Kyle, Clerk
Court of Appeals
Third District of Texas
Page 2

Environmental Protection Division
P.O. Box 12548, Capitol Station
Austin, Texas 78711-2548
Tel: (512) 475-4003
Fax: (512) 320-0911
Thomas.Edwards@TexasAttorneyGeneral.gov

## CERTIFICATE OF SERVICE

I, Thomas H. Edwards, do hereby certify that a true and correct copy of the foregoing document was served by electronic service on the following parties or attorneys of record on the 20th day of February 2015, and by email the same day.

| Attorneys | Parties |
|---|---|
| John R. Eldridge<br>HAYNES AND BOONE, L.L.P.<br>1221 McKinney St., Ste. 2100<br>Houston TX  77010-2020<br>Telephone: (713) 547-2000<br>Facsimile: (713) 547-2600<br>John.Eldridge@haynesboone.com | Exxon Mobil Corporation,<br>ExxonMobil Oil Corporation,<br>Pennzoil-Quaker State Company<br>and Shell Oil Company |

Adam H. Sencenbaugh
HAYNES AND BOONE, L.L.P.
600 Congress Ave., Ste. 1300
Austin TX  78701-2579
Telephone: (512) 867-8489
Telecopier: (512) 867-8606
Adam.Sencenbaugh@
haynesboone.com

Exxon Mobil Corporation,
ExxonMobil Oil Corporation,
Pennzoil-Quaker State Company
and Shell Oil Company

Janessa M. Glenn
R. Steven Morton
MOLTZ MORTON & GLENN, LLP
5113 Southwest Pkwy, Ste. 120
Austin TX  78735-8969
jglenn@mmandg.com

Cabot Norit Americas, Inc.

John E. Leslie
JOHN LESLIE | PLLC
1216 Florida Dr., Ste. 140
Arlington TX  76015-2393
Tel: (817) 505-1291
Arlingtonlaw@aol.com

Howard Freilich, d/b/a Quick Stop
Brake and Muffler

Cynthia J. Bishop
C BISHOP LAW PC
P.O. Box 612994
Dallas TX  75261-2994
cbishop@cbishoplaw.com

Baxter Oil Service

Paul Craig Laird II
ASHLEY & LAIRD, L.C.
800 W. Airport Fwy., Ste. 880
Irving TX  75062-6274
pcl880@aim.com

Frank Kosar, d/b/a Rite Way
Truck Rental

George E. Kuehn
BUTZEL LONG
301 E. Liberty St., Ste 500
Ann Arbor MI  48104-2283
Tel: 734-213-3257
Fax: 734-995-1777
kuehn@butzel.com

SBC Holdings, Inc., f/k/a The Stroh
Brewery Company

 /s/  *Thomas H. Edwards*
THOMAS H. EDWARDS